WILLIAM DAVIDSON, Respondent, *v.* MORSE DRY DOCK AND REPAIR COMPANY, Appellant.

(Argued October 25, 1929; decided November 19, 1929.)

*John Kirby Hartley* for appellant.
*Lester Hand Jayne* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.